ELECTRONICALLY FILED
2022 Oct 03 AM 9:26
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-001862-TP

King, Brennan & Albin, L.L.C.
833 N. Waco Ave.
Wichita, KS  67203
316-263-0505
Facsimile:  316-263-2128

**IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY
CIVIL DEPARTMENT**

DEBORAH A. GORGES, )
    Plaintiff, )
     )
v. ) Case No.
     )
WALMART INC. and )
WAL-MART STORES EAST, LP, )
    Defendants. )

PURSUANT TO K.S.A. CHAPTER 60

**PETITION**

**COMES NOW** Plaintiff, Deborah A. Gorges, by and through attorneys Sean C. Brennan and Mathias E. Crook of King, Brennan & Albin, LLC, and for the claim against Defendants, alleges and states:

1. Plaintiff is a resident of Sedgwick County, Kansas with a correct post office address of 1333 N. Forestview Ct., Wichita, KS 67235.

2. Defendant, Walmart Inc. does business in the State of Kansas and may be served with process through its Resident Agent, The Corporation Company, Inc., 112 SW 7th, Suite 3C, Topeka, Kansas 66603.

3. Defendant, Wal-Mart Stores East, LP (defendants hereinafter collectively referred to as "Wal-Mart"), does business in the State of Kansas and may be served with process through its Resident Agent, The Corporation Company, Inc., 112 SW 7th, Suite 3C, Topeka, Kansas 66603.

4. On or about December 8th, 2021, Plaintiff was shopping at Wal-Mart's store located at 10550 W. Central Ave., Wichita, Sedgwick County, Kansas 67212.

5. As she was walking through the produce section of the store she noticed empty wooden crates laying on the ground around her.

6. Also laying on the ground was a ten-inch long piece of wood that had broken off of one of the wooden crates.

7. Plaintiff did not notice the piece of wood, and stepped on it as she attempted to pass by the wooden crates.

8. When Plaintiff stepped on the piece of wood, the wood slid across the tile floor underneath her, causing Plaintiff's feet to come out from under her.

9. Plaintiff fell forward onto the ground and hit her head and was immediately taken to the emergency room via ambulance.

10. At all times material hereto, unknown person or persons were employees of Defendants Wal-Mart and were acting within the course and scope of their employment

11. Defendants' unknown employees were negligent in the following ways:

    A. Failing to use reasonable care, under all the circumstances, in keeping the business place safe;

    B. Allowing a hazardous condition to exist;

    C. Failing to correct or eliminate a dangerous or defective condition;

    D. Failing to remedy a condition that existed for such a length of time that in the exercise of reasonable care Defendants should have known of it;

    E. Failing to inspect the area for hazardous conditions;

    F. Failing to warn its customers, including Plaintiff, of a dangerous or defective condition;

    G. Failing to post adequate warning signs;

    H. Failing to take reasonable measures to protect customers from injury;

2

   I. Violation of applicable city, county, state and federal laws, regulations, statutes and ordinances which will be named after discovery has been completed.

12. The acts and omissions of the unknown employees are the acts and omissions of their employer, Defendants Wal-Mart, through the doctrine of *Respondeat Superior*. In addition, Defendants Wal-Mart engaged in other negligent and careless acts which include, but are not limited to the following:

 A. Failing to adequately train their employees in keeping the business place safe for customers;

 B. Failing to adequately train their employees to routinely inspect the premises for hazardous conditions;

 C. Failing to instruct their employees to place "wet floor" signs to warn customers of the hazardous conditions;

 D. Violation of applicable city, county, state and federal laws, regulations, statutes and ordinances which will be named after discovery has been completed.

13. As a result of the negligence and carelessness of Defendants as stated above, Plaintiff has sustained severe injuries to her back and was otherwise injured.

14. As a further direct and proximate result of the negligence and carelessness of Defendants as aforesaid, Plaintiff has sustained damages in the form of pain and suffering, mental anguish, loss of time, loss of enjoyment of life, medical expenses, economic loss, permanent disfigurement and permanent disability. Plaintiff will sustain damages in the future in the form of pain and suffering, mental anguish, loss of time, loss of enjoyment of life, medical expenses, economic loss, permanent disfigurement and physical disability. For the

aforementioned damages, Plaintiff has been damaged in an amount in excess of ***SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).***

**WHEREFORE**, Plaintiff prays for judgment against Defendants in an amount in excess of ***SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00)*****,** together with her costs incurred herein, interest from the date of the jury verdict and for such other and further relief as the Court deems just and proper.

**KING, BRENNAN & ALBIN, LLC**

*/s/ Mathias E. Crook*
Mathias E. Crook, #28644
Sean C. Brennan, #19915
833 N. Waco Ave.
Wichita, KS 67203
316-263-0505
316-263-2128 (Facsimile)
mcrook@kbafirm.com
sbrennan@kbafirm.com
Attorneys for Plaintiff

**DEMAND FOR JURY TRIAL**

**COMES NOW** Plaintiff and demands a pretrial conference and a trial by a jury of not less than twelve (12) persons in the above entitled matter.

**KING, BRENNAN & ALBIN, LLC**

*/s/ Mathias E. Crook*
Mathias E. Crook, #28644
Attorneys for Plaintiff